No. 711. FRY, ALIAS GRADY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Bernard Burlakoff* and *Sydney R. Sutton* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 633. NEW YORK STOCK EXCHANGE *v.* LEGATE; and No. 645. LEGATE *v.* MALONEY, RECEIVER. Motion for leave to file supplement to petition for writ of certiorari in No. 633 granted. Petitions for writs of certiorari to the United States Court of Appeals for the First Circuit denied. *Marcien Jenckes* and *Richard Wait* for petitioner in No. 633. *Mark M. Horblit* for petitioner in No. 645 and respondent in No. 633. *Marcien Jenckes* for respondent in No. 645. Reported below: 334 F. 2d 704.

No. 640. BURROWS *v.* CARR, ATTORNEY GENERAL OF TEXAS, ET AL. Motion to docket petition for writ of certiorari as of October 11, 1964, *nunc pro tunc,* or for other relief denied. Petition for writ of certiorari to the Court of Civil Appeals of Texas, Fourth Supreme Judicial District, denied. *C. P. Von Herzen* for petitioner. *Hawthorne Phillips,* First Assistant Attorney General of Texas, and *J. S. Bracewell* and *Ben M. Harrison,* Assistant Attorneys General, for Carr, and *Chas. W. Duke* for Smith et al., respondents.

No. 662. OREGON STEVEDORING CO., INC. *v.* ITALIA SOCIETA PER AZIONI DI NAVIGAZIONE. Motion to use the record in No. 82, October Term, 1963, granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *Floyd A. Fredrickson* for petitioner. *Erskine B. Wood* for respondent.